IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL SPANN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | No.   06-811-DRH |
| ) | |
| **AMERISTEP, INC., a corporation,** ) | |
| **WAL-MART STORES, INC., a** ) | |
| **corporation, ULTRA PRODUCTS, LTD.,** ) | |
| **MID-STATE PLATING COMPANY,** ) | |
| **INC., a corporation, GORDON** ) | |
| **JOHNSON d/b/a ULTRA PRODUCTS,** ) | |
| **LTD., and HINDLEY MANUFACTURING** ) | |
| **COMPANY, INC.,** ) | |
| **a corporation,** ) | |
| ) | |
| **Defendants.** ) | |

## O R D E R

Now before the Court is Plaintiff Michael Spann's motion to remand. (Doc. 47.) As of this date, no Defendant has filed a response to the motion. The time to file a response has expired. Pursuant to **LOCAL RULE 7.1(g)**, the Court considers this failure to respond an admission of the merits of the motion.[1]

On October 23, 2006, Defendant Hindley Manufacturing Company, Inc. ("Hindley") filed a notice of removal (Doc. 2) of this action from the Circuit Court of the Third Judicial Circuit of Madison County, Illinois. In the notice of removal (Doc. 2), Defendant Hindley stated that the basis for removal was

---

[1] "A party opposing such a motion shall have **ten (10) days** after service of the motion to file a written response.  Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion." **LOCAL RULE 7.1(g)**.

diversity jurisdiction pursuant to **28 U.S.C. § 1332**.  At that time, complete diversity existed and the amount in controversy exceeded $75,000.  However, on April 30, 2007, Plaintiff filed an amended complaint (Doc. 51) adding Gordon Johnson d/b/a Ultra Products, Ltd. as a Defendant, which destroyed complete diversity.  No other grounds for federal jurisdiction exist.  Therefore, the Court **GRANTS** Plaintiff's motion to remand (Doc. 47) and **REMANDS** this matter to the Madison County Circuit Court.  Further, the Court **DIRECTS** the Clerk of the Court to transmit the complete file to the Clerk of the Madison County Circuit Court no sooner than June 14, 2007 and thereafter to close this Court's file.

    **IT IS SO ORDERED.**

    Signed this 4th day of June, 2007.

/s/      David   RHerndon
**United States District Judge**